UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHANSE CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>JACQUELINE M. BLUTH, et al.,<br><br>Defendants. | Case No. 2:21-cv-01499-RFB-EJY<br><br>**ORDER** |

On August 11, 2021, Plaintiff filed an incomplete *in forma pauperis* application along with a Complaint. ECF Nos. 1, 1-1. On September 3, 2021, the Court issued an Order advising Plaintiff that his application to proceed *in forma pauperis* was incomplete and directing Plaintiff to file a complete *in forma pauperis* application or pay the full $402 filing fee for a civil action no later than November 3, 2021. ECF No. 3. Plaintiff filed a second *in forma pauperis* application on September 17, 2021 together with a Supplement consisting of "6 supporting documents." ECF Nos. 4, 5. Unfortunately, neither Plaintiff's second *in forma pauperis* application nor his supplemental document include an inmate account statement, which is required under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

Because Plaintiff's *in forma pauperis* application (ECF No. 4) is incomplete, Plaintiff may not proceed with *in forma pauperis* status and his Complaint is not screened. The Court advises Plaintiff that a <u>financial certificate</u> and an <u>inmate account statement</u> are not the same thing. Documentation concerning a financial certificate is not documentation about an inmate's account statement.

Plaintiff shall have up to and including **November 3, 2021** to file a fully complete application to proceed *in forma pauperis* containing all three of the required documents or, alternatively, the first three pages of the application to proceed *in forma pauperis* and a declaration detailing the efforts he took to acquire his inmate account statement from prison officials. Absent unusual circumstances, the Court will not grant any further extensions of time.

1

If Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three required documents on or before **November 3, 2021**, the Court will recommend dismissal of this case <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or he is able to pay the filing fee.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is DENIED without prejudice. Plaintiff may file a new fully complete application to proceed *in forma pauperis* with all three documents by **November 3, 2021**.

IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **November 3, 2021**, Plaintiff shall either pay the full $402 filing fee for a civil action or file the following with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the individual's two signatures on page 3);

(2) a **Financial Certificate** properly signed by both Plaintiff and a facility official (i.e. page 4 of this Court's approved form); and,

(3) a copy of **Plaintiff's prison or jail trust fund account statement for the previous six-month period**. If Plaintiff has not been at the facility a full six-month period, Plaintiff must still submit an inmate account statement for the dates he has been present at the facility.

IT IS FURTHER ORDERED that, if Plaintiff does not file a complete application to proceed *in forma pauperis* with all three documents or pay the $402 filing fee for a civil action on or before **November 3, 2021**, the Court will recommend dismissal of this action **without prejudice** for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis*.

Dated this 23rd day of September, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE